

## NUMBER 13-17-00152-CR

## COURT OF APPEALS

## THIRTEENTH DISTRICT OF TEXAS

## CORPUS CHRISTI c EDINBURG

---

**MIGUEL GONZALEZ MEJIA,** **Appellant,**

**v.**

**THE STATE OF TEXAS,** **Appellee.**

---

### On appeal from the 430th District Court of Hidalgo County, Texas.

---

## ORDER OF ABATEMENT

### Before Chief Justice Valdez and Justices Contreras and Benavides
### Order Per Curiam

This cause is before the Court on appellant's motion to supplement the record and to stay due date for appellant's brief. The reporter's record in this cause was filed on November 13, 2017. Appellant has advised this Court that the record does not contain proceedings held on the afternoon of January 23, 2017, or the entire days of January 24,

2017, February 4, 2017, and February 2, 2017. Because a complete reporter's record has not been filed, appellant requests that the due date for appellant's brief be suspended until a complete record has been filed with the Court.

When a relevant item has been omitted from the reporter's record, the appellate court may by letter direct the trial court clerk to prepare, certify, and file in the appellate court a supplemental reporter's record containing the omitted items. *See* TEX. R. APP. P. 34.6(d). Accordingly, appellant's motion to supplement the reporter's record is GRANTED and the appeal is ABATED. Appellant's motion to suspend briefing is GRANTED.

The court reporter of the 430th District Court of Hidalgo County is directed to prepare a supplemental reporter's record to include proceedings held on the afternoon of January 23, 2017, and the entire days of January 24, 2017, February 4, 2017, and February 2, 2017. The supplemental record shall be filed with this Court within 30 days from the date of this order.

This appeal will be reinstated upon receipt of the supplemental reporter's record and upon further order of this Court.

IT IS SO ORDERED.

PER CURIAM

Do not publish.
Tex. R. App. P. 47.2(b).

Delivered and filed the
10th day of January, 2018.